In the Matter of DAVID BROWN PRINTING Co., INC.
CITY OF NEW YORK, Appellant; NEW YORK STATE
DEPARTMENT OF LABOR et al., Respondents.

Submitted April 7, 1941; decided April 17, 1941.

Motion for reargument or to amend the remittitur
denied, with ten dollars costs and necessary printing dis-
bursements. (See 285 N. Y. 47.)